| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Oliver Jr., Solomon | 2. Court or Organization U.S. District Court | 3. Date of Report 05/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address Carl B. Stokes US Court House 801 West Superior Avenue Cleveland, OH 44113-1838 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | College of Wooster |
| 2. Secretary and Council Member | American Bar Association Council of the Section of Legal Education and Admissions to the Bar |
| 3. Committee Member | Multi-State Bar Exam Evidence Drafting Committee, National Conference of Bar Examiners |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. * | Future Ohio State Teacher's Retirement System pension based on 12 years of service at age 60 for an estimated $23,000, if I do not withdraw my contributions (no |
| 2. | control). |

2005 MAY 24 A 10: 49 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE    - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | Evidence Drafting Committee Multi-State Bar Examination, Meetings on 5/15 and 10/9 | $6,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE    - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1.    2004 | Heights Parent Center |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | ABA Council of the Section of Legal Education and Admissions to the Bar | San Antonio, TX (2/6-8); Chicago, IL (3/27-28); Washington, DC (6/3-5); Atlanta, GA (8/5-6); Chicago, IL (12/4-5) |
| 2. | National Conference of Bar Examiners | Montreal, Quebec, Canada (5/13-16); Savanna, GA (10/21-24); (MBE Evidence Drafting Committee Meeting) |
| 3. | Texas Southern University | Houston, TX (4/14-15) |
| 4. | Just the Beginning Foundation | Philadelphia, PA (9/29-10/1) |
| 5. | | (Travel, lodging, food in conjunction with meetings and conferences). |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 05/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T common | A | Dividend | J | T | | | | | |
| 2. Bell South common | A | Dividend | J | T | | | | | |
| 3. Bristol Meyers common | A | Dividend | K | T | | | | | |
| 4. Coca Cola common | A | Dividend | K | T | | | | | |
| 5. Morgan Stanley Dean Witter common | A | Dividend | K | T | | | | | |
| 6. Ford common | A | Dividend | J | T | | | | | |
| 7. General Electric common | A | Dividend | K | T | | | | | |
| 8. BF Goodrich common | A | Dividend | J | T | | | | | |
| 9. Goodyear common | A | Dividend | J | T | | | | | |
| 10. Heinz common | A | Dividend | J | T | | | | | |
| 11. Home Depot common | A | Dividend | K | T | | | | | |
| 12. May Co. common | A | Dividend | J | T | | | | | |
| 13. MCI World Com Inc. | A | Dividend | J | T | worthless | | | | |
| 14. Merck common | A | Dividend | K | T | | | | | |
| 15. Nike common | A | Dividend | K | T | | | | | |
| 16. SBC | A | Dividend | J | T | | | | | |
| 17. Sears common | A | Dividend | J | T | | | | | |
| 18. Liberty Media Corporation Class A | A | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 05/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USX Marathon common | A | Dividend | J | T | | | | | |
| 20. WalMart common | A | Dividend | K | T | | | | | |
| 21. Putnam Global Growth | A | Dividend | K | T | | | | | |
| 22. 20th Cent. Select | A | Dividend | L | T | | | | | |
| 23. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 24. 20th Cent. Growth IRA | B | Dividend | K | T | | | | | |
| 25. 20th Cent. Select IRA | B | Dividend | K | T | | | | | |
| 26. 20th Cent. Select IRA | B | Dividend | K | T | | | | | |
| 27. Fidelity Puritan Keogh | A | Dividend | K | T | | | | | |
| 28. CREF stock-403(b) | D | Dividend | N | T | | | | | |
| 29. TIAA Annuity-403(b) | D | Interest | M | T | | | | | |
| 30. Ohio Savings Bank | A | Interest | J | T | | | | | |
| 31. Scudder International Fund | A | Dividend | J | T | | | | | |
| 32. Vodaphone | A | None | J | T | | | | | |
| 33. Pepsico | A | Dividend | L | T | | | | | |
| 34. Allstate | A | Dividend | K | T | | | | | |
| 35. Lucent Technology | A | Dividend | J | T | | | | | |
| 36. Tricontinental Global | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 05/19/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. | Citicorp | A | Dividend | J | T | | | | | |
| 38. | Oliver Enterprises LLC, dba Baskin Robbins | A | None | J | T | worthless | 1-1 | J | A | |
| 39. | Resource Careers, Inc. 401K | B | Dividend | J | T | | | – | | |
| 40. | Cisco | A | None | J | T | | | | | |
| 41. | AT&T Wireless | A | None | J | T | Merger | 2-17 | J | A | |
| 42. | Zimmer | A | None | J | T | | | | | |
| 43. | Lowes | A | Dividend | J | T | | | | | |
| 44. | Pfizer | A | Dividend | J | T | | | | | |
| 45. | Charter One Bank | A | Interest | M | T | | | | | |
| 46. | Medco Health | A | Interest | J | T | Merckspin off | 8-20 | | | |
| 47. | Comcast | A | Interest | J | T | AT&Tspin off | 11-18 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

13. MCI World Com. Inc. became worthless upon bankruptcy.

30. Two Ohio Savings Bank accounts shown on previous report aggregated.

38. Oliver Enterprises LLC business closed--no assets.

45. Two Charter One Bank accounts shown on previous report aggregated.

46. Medco Health is spinoff from Merck on 8/26/03, which was inadvertently omitted.

47. Comcast is spinoff from AT&T on 11/18/02, which was inadvertently omitted.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Oliver Jr., Solomon | 05/19/2005 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date  5/23/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544